IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JASON TUCKER,

    Plaintiff,

v.                                         CASE NO. 1:17-cv-288-MW-GRJ

STATE OF FLORIDA and
RICK SCOTT,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a *pro se* civil rights complaint. (ECF No. 1.) The Court, however, found Plaintiff's complaint deficient for multiple reasons. (ECF No. 4.) Most notably, the Court found that Plaintiff failed to file his complaint on the Court-approved form, attempted to allege criminal violations that are inappropriate in a civil complaint as well as violations of irrelevant or nonexistent federal statutes, and requested relief that this Court cannot grant. (*Id.*)

Because Plaintiff is proceeding *pro se*, the Court provided Plaintiff with an opportunity to file an amended complaint that addresses the multitude of deficiencies in Plaintiff's complaint. (*Id.*) Plaintiff was ordered to file the amended complaint on or before December 22, 2017. (*Id.*) The

Court warned Plaintiff that failure to comply with the Court's order or to show cause as to why Plaintiff is unable to comply would result in a recommendation to the district judge that the case be dismissed without further notice for failure to prosecute and failure to comply with a Court order. (*Id.*)

Instead of filing an amended complaint as the Court ordered, Plaintiff filed "Motion for Writ of Error" and "Order to Strike." (ECF Nos. 5, 6.) The Court found that these filings were improper and frivolous. (ECF No. 7.) The Court also advised Plaintiff that he must show cause on or before January 9, 2018, as to why the case should not be dismissed for failure to comply with a Court order and failure to prosecute. (*Id.*)

As of the date of this report and recommendation, Plaintiff has not complied with these Court orders, by failing to file an amended complaint and by failing to show cause as to why the case should not be dismissed..

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an Order of the Court.

**IN CHAMBERS** this 11th day of January 2018.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**