# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**JASON TUCKER,**

    **Plaintiff,**

v.                                   Case No. 1:17cv288-MW/GRJ

**STATE OF FLORIDA**
**and RICK SCOTT,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of this Court." The Clerk shall close the file.

**SO ORDERED on February 12, 2018.**

                                s/Mark E. Walker          
                                **United States District Judge**